No. 00–7250. HARVEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7251. LUA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7254. PORTWOOD v. ARIZONA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7266. LINDNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7268. ACOSTA-GONZALEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7271. KITCHENS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7272. JACKSON v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–7274. LITTLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7276. OROPEZA-FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7277. OSORIO-ANGEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7278. AYTCH v. KUPEC ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7286. GALL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–7287. KING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–7299. MILES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7300. NORRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7302. BALTHAZAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.